# EXHIBIT B

# EL PASO COUNTY
# COMMISSIONERS COURT



**JACKIE BUTLER**
Commissioner, Pct.1

**ILIANA HOLGUIN**
Commissioner, Pct.3

**DAVID STOUT**
Commissioner, Pct.2

**SERGIO CORONADO**
Commissioner, Pct.4

**RICARDO A. SAMANIEGO**
County Judge

**MINUTES**
Regular Meeting, February 02, 2026 – 9:30 AM

Enrique Moreno County Courthouse
Judge Alicia R. Chacón County Commissioners Courtroom
500 East San Antonio Room 303 El Paso, Texas 79901

Website address: http://www.epcounty.com
Agendas are posted online at: https://epcounty.primegov.com/public/portal

---

**MINUTES PREPARED BY CESAR O. NAVA, DEPUTY CLERK**
**JESSICA DOMINGUEZ, DEPUTY CLERK**

**Present:** 5 – County Judge Ricardo Samaniego, Commissioner, Pct. 1 Jackie Butler, Commissioner, Pct. 2 David Stout, Commissioner, Pct. 3 Iliana Holguin, Commissioner, Pct. 4 Sergio Coronado

**Absent:** 0 –

1. **OPEN MEETING**

   THE COMMISSIONERS COURT MEETING WAS CONVENED AT 9:42 A.M.

2. **PLEDGE OF ALLEGIANCE**

3. **INVOCATION**

   COMMISSIONERS COURT RECEIVED AN INVOCATION FROM PASTOR MICHAEL GRADY, SENIOR PASTOR AT PRINCE OF PEACE CHRISTIAN FELLOWSHIP.

## 4.   CONSENT AGENDA

A.   Approval of the Minutes of the regular meeting of January 26, 2026, and the special meeting of January 27, 2026.
*Betsy C. Keller, Chief Administrator, County Administration, 915-273-3600*

B.   Accept the quarterly report from the County Administration Department.
*Betsy C. Keller, Chief Administrator, County Administration, 915-273-3600*

C.   Pursuant to the Texas Local Government Code, Section 115.021, audit and settle all accounts against the County shown on the attached listing and direct the payment of those accounts.
*Barbara Parker, County Auditor, County Auditor's Office, 915-273-3262*

D.   Pursuant to the Texas Local Government Code, Section 114.024, receive a tabular report of the County's receipts and disbursements of funds, and the accounts of the County.
*Barbara Parker, County Auditor, County Auditor's Office, 915-273-3262*

E.   Approve Budget Amendment No.12 to the El Paso County's 2025-2026 operating budget. This budgetary amendment will not increase or decrease the County of El Paso's 2025-2026 overall operating budget of $654,899,910.60.
*Carmen Arrieta-Candelaria, Director, Budget and Finance, 915-273-3726*

F.   Approve and authorize the County Judge to sign a Memorandum of Agreement with Texas A&M Public Policy Research Institute (PPRI) for the implementation of the Vital Interventions for Thriving Aging Lives through Self-Management, Training, Education, Prevention, and Support (VITAL STEPS) project at the Canutillo and Fabens Community Centers. This agreement is effective September 1, 2025, through August 31, 2028.  (Contract No. 2026-0043)
*Irene Gutierrez, Executive Director, Community Services, 915-273-3485*

G.   Approve and authorize the County Judge to sign a Memorandum of Agreement with Texas A&M Public Policy Research Institute (PPRI) for the implementation of the Texas Congregate Meal Initiative: Next Generation Behavioral Health & Wellness (TCMI-Next) Project at the Canutillo and Fabens Community Centers. This agreement is effective September 1, 2025, through August 31, 2028. (Contract No. 2026-0071)
*Irene Gutierrez, Executive Director, Community Services, 915-273-3485*

H.   Approve and authorize the County Judge to sign the First Amendment to the Subrecipient Agreement between the County of El Paso and Aliviane to provide behavioral health and peer support services, counseling, trauma-informed care, residential treatment, and access to FDA-approved Medication for Opioid Use Disorder to El Paso County residents in need of recovery services as it relates to opioid, stimulant, and substance use from October 1, 2025, through September 30, 2027. The funding amount has increased from $368,000 to $468,000. Funding is available in SG-GOSTSPRG25-OPERATING EXP. (Contract No. 2026-0042)
*Catherine Jones, Director, Criminal Justice Coordination, 915-273-3353*

I.      Approve and authorize the County Judge to sign the Third Amendment to the Master Software License and Services Agreement with KNOWiNK, LLC/Hart InterCivic for annual maintenance and software support for the Elections Department from January 1, 2026, through December 31, 2026. Funding in the amount of $56,914 is available in GF-ELECTIONS-MAINT/REP-SOFTWAR. (Contract No. 2025-0935)
*Lisa Wise, Elections Administrator, Elections Department, 915-273-3597*

J.      Approve and authorize the renewal of the County of El Paso's Burn Ban Order for an additional 90 days effective February 2, 2026. (#10803-OP)
*Melissa Carrillo, Deputy County Administrator, County Operations, 915-273-3582*

K.      Approve and authorize the County Judge to sign Amendment No. 2 to the Subdivision Construction Agreement (SCA) with Pellicano Commerce Land, LLC. and Faith Technologies, Inc. (2025-0851), and the Memorandum of Understanding with the Camino Real Regional Mobility Authority associated with development of the Panattoni Industrial Park Subdivision (2026-0059). There is no fiscal impact. (Contract Nos. 2025-0851 and 2026-0059) (Precinct 3)
*Michael McElroy, Director, Planning and Development, 915-273-3330*

L.      Pursuant to Texas Local Government Code Sections 232.028 and 232.029, approve and authorize the issuance of certification regarding compliance with applicable plat requirements as provided on the attached listing.
*Michael McElroy, Director, Planning and Development, 915-273-3330*

M.      Rescind the Commissioners Court Order of September 22, 2025, Item No. 4X on the Consent Agenda to Approve and authorize the purchase of Asset Management Software for Information Technology Department using Sourcewell 090320-SDI awarded to Brightly Software, Inc. of Cary, NC for a three-year grand total of $239,371.56. Purchasing approved on September 7, 2025. Funding is available in GF-ITD-MAINT/REP-SOFTWARE. Further, approve and authorize the purchase of Asset Management Software for Information Technology Department using Omnia R210702 awarded to Brightly Software, Inc. of Cary, NC for a three-year grand total of $239,371.56. Funding is available in GF-ITD-MAINT/REP-SOFTWARE.
*Karen Davidson, Purchasing Agent, Purchasing Department, 915-273-3349*

N.      Approve and authorize County Judge to sign the Lease and Service Agreement between El Paso County and Spectrum Imagining Technologies for the purpose of increasing and expanding the County's print center services in the amount of $587,828.40. Funding is available in GF-PURCHASING-MAIL-RENT LEASES. (Contract No. 2025-1062)
*Karen Davidson, Purchasing Agent, Purchasing Department, 915-273-3349*

O.      Approve the after-the-fact purchase of Postage for 2025 Voter Registration Mass Mailing for the El Paso County Elections Department awarded to AMG Printing & Mailing, LLC of San Antonio, TX in the amount of $218,400.00. Funds available in GF-ELECTIONS-POSTAGE.
*Karen Davidson, Purchasing Agent, Purchasing Department, 915-273-3349*

P.  Approve and authorize the Purchasing Agent to reject all responses and close out solicitation Bid 26-002 Ballot by Mail Services for the El Paso County, Texas. Purchasing will re-solicit for these services.
*Karen Davidson, Purchasing Agent, Purchasing Department, 915-273-3349*

Q.  Approve and authorize the transfer and removal of surplus assets from the respective departments to the Purchasing Department in compliance with Texas Local Government Code Section 262.011(j). See attachment.
*Karen Davidson, Purchasing Agent, Purchasing Department, 915-273-3349*

R.  GRANT APPLICATION - Approve and authorize the 65th Family Drug Court to apply for the FY27 Office of the Governor Specialty Courts Program in the amount of $103,919.75 from September 1, 2026, to August 31, 2027. No County match is required. Further, approve and authorize the County Judge to sign the accompanying Resolution. (Contract No. 2026-0056)
*Selina Saenz, District Judge, 65th District Court, (915) 273-3729*

S.  GRANT APPLICATION - Approve and authorize the 205th Wellness Treatment Court to apply for the FY27 Office of the Governor, Specialty Courts Program in the amount of $243,119.20 from September 1, 2026, through August 31, 2027. No County match required. Further, approve and authorize the County Judge to sign the accompanying Resolution. (Contract No. 2026-0035)
*Francisco X. Dominguez, District Judge, 205th District Court, (915) 546-2107*

T.  GRANT APPLICATION - Ratify and approve the application submitted to the Bureau of Justice Assistance for the FY24 State Criminal Alien Assistance Program on behalf of the El Paso County's Sheriff's Office from July 1, 2022, through June 30, 2023, in the amount of $500,000. No County match is required. (Contract No. 2026-0063)
*Oscar Ugarte, Sheriff, EPCSO, 915-273-3800*

U.  GRANT AWARD - Ratify and approve the acceptance of the Bureau of Justice Assistance FY24 State Criminal Alien Assistance Program grant award for the El Paso County Sheriff's Office from July 1, 2022, through September 25, 2026, in the amount of $18,478. No County match is required. (Contract No. 2026-0064)
*Oscar Ugarte, Sheriff, EPCSO, 915-273-3800*

V.  GRANT APPLICATION - Approve and authorize the Sheriff's Office to apply for the Office of the Governor FY27 Criminal Justice Grant Program in the amount of $161,027.59, from October 1, 2026, to September 30, 2027. No County match required. Further, approve and authorize the County Judge to sign the accompanying Resolution. (Contract No. 2026-0077)
*Oscar Ugarte, Sheriff, EPCSO, 915-273-3800*

W.  Pursuant to Texas Local Government Code Section 262.024(a)(4), approve and authorize the use of the Professional Services Exemption to purchasing procedures for the following Outside Counsel and Litigation Expert service providers for the El Paso County Attorney's Office: Robles, Bracken and Hughes, PLLC (Chris M. Borunda – Counsel); Law Office of Carlos Eduardo Cardenas, P.C. (Counsel); McElroy, Sullivan, Miller and Weber, LLP (Adam Friedman – Co-Counsel); and a Professional Service Agreement for the litigation styled Cause No. 3:25-CV-00025-LS; County Attorney case number: 0019-25-LD. Funds are available in GF-GADM-J&L-LEGAL FEES-SETTLEM.
*Karen Davidson, Purchasing Agent, Purchasing Department, 915-273-3349*

X.  Pursuant to Texas Local Government Code Section 262.024 (a)(4), approve and authorize the use of Professional Service Exemption and approve and authorize the County Judge to sign the Outside Counsel Agreement with Robles, Bracken and Hughes, PLLC (Chris M. Borunda) for County Attorney case number 0064-25-LD, and County Attorney case number 0065-25-LD. Funds are available in GF- GADM-J&L-LEGAL FEES-SETTLEM.
*Jed Untereker, Assistant County Attorney, County Attorney's Office, 915-273-3247*

Y.  Pursuant to Texas Local Government Code Section 262.024 (a)(4), approve and authorize the use of a Professional Service Exemption, and approve and authorize the County Judge to sign the Second Amendment to Outside Counsel Agreements with the Law Office of Carlos Eduardo Cardenas, P.C. (Counsel) and McElroy, Sullivan, Miller and Weber, LLP (Adam Friedman; Co-Counsel) for the matter styled Western Refining Company LLC (Marathon Oil Refinery, County Attorney case number: 0004-24-AA. Funding is available in GF-GADM-J&L-LEGAL FEES-SETTLEM.
*Jed Untereker, Assistant County Attorney, County Attorney's Office, 915-273-3247*

Z.  Pursuant to Texas Local Government Code Section 262.024 (a)(4), approve and authorize the use of Professional Service Exemption and ratify the Professional Service Agreement for the litigation styled Cause No. 3:25-CV-00025-LS; County Attorney case number: 0019-25-LD. Funds are available in GF-GADM-J&L-LEGAL FEES-SETTLEM. (10146-OP)
*Ian Kaplan, Assistant County Attorney, County Attorney's Office, 915-273-3247*

| Motion **APPROVE ALL OF THE ITEMS ON THE CONSENT AGENDA.** | |
| --- | --- |
| **RESULT:** | **Pass [5 TO 0]** |
| **MOVER:** | Ricardo Samaniego County Judge |
| **SECONDER:** | Sergio Coronado Commissioner, Pct. 4 |
| **AYES:** | Samaniego, Butler, Stout, Holguin, Coronado |
| **NAYS:** | None |

## 5.    RESOLUTIONS

A.    Approve and adopt a resolution declaring February 16, 2026, as Amigo Man Day in El Paso County, Texas.
*Ricardo A. Samaniego, County Judge, County Judge's Office, 915-273-3591*

| Motion **APPROVE** | |
| --- | --- |
| **RESULT:** | **Pass [5 TO 0]** |
| **MOVER:** | Ricardo Samaniego County Judge |
| **SECONDER:** | Iliana Holguin Commissioner, Pct. 3 |
| **AYES:** | Samaniego, Butler, Stout, Holguin, Coronado |
| **NAYS:** | None |

B.    Approve and adopt a resolution recognizing TxDOT partnering with The University of Texas El Paso's College of Engineering, and El Paso Electric for Engineer's Week in El Paso County, Texas.
*Ricardo A. Samaniego, County Judge, County Judge's Office, 915-273-3591*

| Motion **APPROVE** | |
| --- | --- |
| **RESULT:** | **Pass [5 TO 0]** |
| **MOVER:** | Ricardo Samaniego County Judge |
| **SECONDER:** | Jackie Butler Commissioner, Pct. 1 |
| **AYES:** | Samaniego, Butler, Stout, Holguin, Coronado |
| **NAYS:** | None |

C.    Approve and adopt a resolution honoring Teen Miss Earth USA, Mia Navarro, and her environmental advocacy via "Healing Without Harm" in El Paso County, Texas.
*Ricardo A. Samaniego, County Judge, County Judge's Office, 915-273-3591*

| Motion **APPROVE** | |
| --- | --- |
| **RESULT:** | **Pass [5 TO 0]** |
| **MOVER:** | Ricardo Samaniego County Judge |
| **SECONDER:** | Sergio Coronado Commissioner, Pct. 4 |
| **AYES:** | Samaniego, Butler, Stout, Holguin, Coronado |
| **NAYS:** | None |

D. Approve and adopt a resolution honoring Miss Earth USA, Gia Soleil Espinoza, and her environmental advocacy in El Paso County, Texas.
*Ricardo A. Samaniego, County Judge, County Judge's Office, 915-273-3591*

| Motion **APPROVE** | |
|---|---|
| **RESULT:** | **Pass [5 TO 0]** |
| **MOVER:** | Ricardo Samaniego County Judge |
| **SECONDER:** | Sergio Coronado Commissioner, Pct. 4 |
| **AYES:** | Samaniego, Butler, Stout, Holguin, Coronado |
| **NAYS:** | None |

E. Approve and adopt a resolution commemorating El Paso Children's Hospital on their 14th Birthday.
*David Stout, Commissioner, Precinct 2, 915-273-3559*

| Motion **APPROVE** | |
|---|---|
| **RESULT:** | **Pass [5 TO 0]** |
| **MOVER:** | David Stout Commissioner, Pct. 2 |
| **SECONDER:** | Ricardo Samaniego County Judge |
| **AYES:** | Samaniego, Butler, Stout, Holguin, Coronado |
| **NAYS:** | None |

F. Approve and adopt a resolution recognizing February 2026 as Black History Month in El Paso, Texas, and honoring the Centennial of Negro History Week, founded by Dr. Carter G. Woodson.
*David Stout, Commissioner, Precinct 2, 915-273-3559*

| Motion **APPROVE** | |
|---|---|
| **RESULT:** | **Pass [5 TO 0]** |
| **MOVER:** | David Stout Commissioner, Pct. 2 |
| **SECONDER:** | Jackie Butler Commissioner, Pct. 1 |
| **AYES:** | Samaniego, Butler, Stout, Holguin, Coronado |
| **NAYS:** | None |

G.    Approve and adopt a resolution Honoring the 2026 El Paso Black History Hall of Fame Inductees for their exceptional community service and achievements.
*David Stout, Commissioner, Precinct 2, 915-273-3559*

| Motion **APPROVE** | |
| --- | --- |
| **RESULT:** | **Pass [5 TO 0]** |
| **MOVER:** | David Stout Commissioner, Pct. 2 |
| **SECONDER:** | Iliana Holguin Commissioner, Pct. 3 |
| **AYES:** | Samaniego, Butler, Stout, Holguin, Coronado |
| **NAYS:** | None |

H.    Approve and adopt a resolution declaring February 2026 as Teen Dating Violence Awareness Month in El Paso County, Texas.
*David Stout, Commissioner, Precinct 2, 915-273-3559*

| Motion **APPROVE** | |
| --- | --- |
| **RESULT:** | **Pass [5 TO 0]** |
| **MOVER:** | David Stout Commissioner, Pct. 2 |
| **SECONDER:** | Sergio Coronado Commissioner, Pct. 4 |
| **AYES:** | Samaniego, Butler, Stout, Holguin, Coronado |
| **NAYS:** | None |

I.    Approve and adopt a resolution honoring the El Paso Mission Trail Association on the occasion of its fortieth anniversary and recognizing Founders' Day in El Paso County, Texas.
*Iliana Holguin, Commissioner, Precinct 3, 915-273-3594*

| Motion **APPROVE** | |
| --- | --- |
| **RESULT:** | **Pass [5 TO 0]** |
| **MOVER:** | Iliana Holguin Commissioner, Pct. 3 |
| **SECONDER:** | Ricardo Samaniego County Judge |
| **AYES:** | Samaniego, Butler, Stout, Holguin, Coronado |
| **NAYS:** | None |

J.  Approve and adopt a resolution recognizing February 5, 2026, as National Girls and Women in Sports Day in El Paso County, Texas.
*Sergio Coronado, Commissioner, Precinct 4, 915-273-3596*

| Motion **APPROVE** | |
| --- | --- |
| **RESULT:** | **Pass [5 TO 0]** |
| **MOVER:** | Sergio Coronado Commissioner, Pct. 4 |
| **SECONDER:** | Ricardo Samaniego County Judge |
| **AYES:** | Samaniego, Butler, Stout, Holguin, Coronado |
| **NAYS:** | None |

K.  Approve and adopt a resolution declaring February 21, 2026, as El Paso History Day in El Paso County, Texas.
*Sergio Coronado, Commissioner, Precinct 4, 915-273-3596*

| Motion **APPROVE** | |
| --- | --- |
| **RESULT:** | **Pass [5 TO 0]** |
| **MOVER:** | Sergio Coronado Commissioner, Pct. 4 |
| **SECONDER:** | Ricardo Samaniego County Judge |
| **AYES:** | Samaniego, Butler, Stout, Holguin, Coronado |
| **NAYS:** | None |

## 6. PUBLIC COMMENT

**ELIZABETH CRAWFORD, CONCERNED CITIZEN, SUBMITTED COMMENT TO THE COMMISSIONERS COURT REGARDING RACISM, AND THE DENIAL THAT WE ARE ALL ONE RACE DESCENDED FROM ADAM AND EVE, AND SPOKE AGAINST ABORTION.**

**COMMISSIONERS COURT RECESSED AT 12:22 P.M.**

**COMMISSIONERS COURT RECONVENED AT 1:34 P.M.**

## 7. REGULAR AGENDA

A.  Receive a presentation from the Morale, Welfare and Recreation (MWR) Directorate at Fort Bliss regarding their goals to repurpose a portion of the Underwood Golf Course.
*Melissa Carrillo, Deputy County Administrator, County Operations, 915-273-3582*

**PRESENTATION RECEIVED**

8.    **COUNTY ADMINISTRATION**

A.    Discuss and take appropriate action regarding the regular meeting scheduled for
February 23, 2026.
*Betsy C. Keller, Chief Administrator, County Administration, 915-273-3600*

| | |
|---|---|
| Motion **APPROVE THE SPECIAL SESSION MEETING OF FEBRUARY 19, 2026, TO BE USED AS A REGULAR MEETING TO TAKE ACTION ITEMS AND NOTIFY THE PUBLIC OF THE CHANGE, AND FURTHER CANCEL THE REGULAR MEETING SCHEDULED FOR FEBRUARY 23, 2026.** Discuss and take appropriate action regarding the regular meeting scheduled for February 23, 2026. | |
| **RESULT:** | **Pass [5 TO 0]** |
| **MOVER:** | Ricardo Samaniego County Judge |
| **SECONDER:** | Jackie Butler Commissioner, Pct. 1 |
| **AYES:** | Samaniego, Butler, Stout, Holguin, Coronado |
| **NAYS:** | None |

9E.    Pursuant to Texas Government Code Section 551.0725, discuss grant application of
the Office of the Governor FY27 Operation Lone Star Application.
*Carmen Arrieta-Candelaria, Director, Budget and Finance, 915-273-3726*

| | |
|---|---|
| Motion **(1.) COMMISSIONERS COURT VOTES UNANIMOUSLY THAT DELIBERATION IN AN OPEN MEETING WOULD HAVE A DETRIMENTAL EFFECT ON THE POSITION OF THE COMMISSIONERS COURT IN NEGOTIATIONS WITH A THIRD PARTY; (2.) THE ATTORNEY ADVISING THE COMMISSIONERS COURT ISSUES A WRITTEN DETERMINATION THAT DELIBERATION IN AN OPEN MEETING WOULD HAVE A DETRIMENTAL EFFECT ON THE POSITION OF THE COMMISSIONERS COURT IN NEGOTIATIONS WITH A THIRD PARTY; AND (3.) A RECORDING OF THE PROCEEDINGS IN CLOSED SESSION IS MADE REGARDING THE DISCUSSION OF THE GRANT APPLICATION OF THE OFFICE OF THE GOVERNOR FY27 OPERATION LONE STAR APPLICATION (9E), AND CONTRACT NEGOTIATIONS BETWEEN THE CITY OF EL PASO AND THE COUNTY REGARDING DEVELOPING AND DESIGNING THE PROPOSED DOWNTOWN DECK PLAZA (9H).** | |
| **RESULT:** | **Pass [5 TO 0]** |
| **MOVER:** | Jackie Butler Commissioner, Pct. 1 |
| **SECONDER:** | Iliana Holguin Commissioner, Pct. 3 |
| **AYES:** | Samaniego, Butler, Stout, Holguin, Coronado |
| **NAYS:** | None |

9H.     (Postponed 01/26/26) Pursuant to Texas Government Code Section 551.0725, discuss contract negotiations between the City of El Paso and the County regarding developing and designing the proposed Downtown Deck Plaza.
*Betsy C. Keller, Chief Administrator, County Administration, 915-273-3600*

**(1.) COMMISSIONERS COURT VOTES UNANIMOUSLY THAT DELIBERATION IN AN OPEN MEETING WOULD HAVE A DETRIMENTAL EFFECT ON THE POSITION OF THE COMMISSIONERS COURT IN NEGOTIATIONS WITH A THIRD PARTY; (2.) THE ATTORNEY ADVISING THE COMMISSIONERS COURT ISSUES A WRITTEN DETERMINATION THAT DELIBERATION IN AN OPEN MEETING WOULD HAVE A DETRIMENTAL EFFECT ON THE POSITION OF THE COMMISSIONERS COURT IN NEGOTIATIONS WITH A THIRD PARTY; AND (3.) A RECORDING OF THE PROCEEDINGS IN CLOSED SESSION IS MADE REGARDING THE DISCUSSION OF THE GRANT APPLICATION OF THE OFFICE OF THE GOVERNOR FY27 OPERATION LONE STAR APPLICATION (9E), AND CONTRACT NEGOTIATIONS BETWEEN THE CITY OF EL PASO AND THE COUNTY REGARDING DEVELOPING AND DESIGNING THE PROPOSED DOWNTOWN DECK PLAZA (9H). (VOTED AND APPROVED ALONG WITH 9E)**

9.     **EXECUTIVE SESSION**

**COMMISSIONERS COURT RECESSED INTO EXECUTIVE SESSION AT 2:07 P.M.**

Only the members of the Commissioners Court have a right to attend an executive session, except that legal counsel must be present if the executive session is held pursuant to government Code section 551.071. In addition to legal counsel, Commissioners Court may include in executive session certain officers and employees if it finds that (1) their participation is necessary to the matter under consideration; (2) their interests are not adverse to the county, and (3) their presence will not waive the attorney client privilege. Generally, the Chief Administrator and County Clerk's representatives attend the closed session items based on the enumerated criteria, and certain other persons may attend based on the above-listed criteria or as otherwise provided by law.

A.     Discuss findings regarding persons necessary in Executive Session.
*Betsy C. Keller, Chief Administrator, County Administration, 915-273-3600*

B.     Pursuant to Texas Government Code Section 551.071, discuss legal rights and responsibilities pertaining to detention centers within El Paso County.
*Christina Sanchez, County Attorney, County Attorney's Office, 915-273-3247*

C.     (Postponed 01/26/26) Pursuant to Texas Government Code Section 551.071, discuss legal rights and responsibilities regarding litigation styled United States v. Texas, No. 24-50149, County Attorney's File No. 0165-23-PL.
*Bernardo Cruz, Assistant County Attorney, County Attorney's Office, 915-273-3247*

D.     Pursuant to Texas Government Code Section 551.071, discuss legal rights and responsibilities pertaining to federal executive orders and state and federal grant terms and conditions.
*Ana Schumacher, Assistant County Attorney, County Attorney's Office, 915-273-3247*

E.   Pursuant to Texas Government Code Section 551.0725, discuss grant application of the Office of the Governor FY27 Operation Lone Star Application.
*Carmen Arrieta-Candelaria, Director, Budget and Finance, 915-273-3726*

F.   (Postponed 01/26/26) Pursuant to Texas Government Code Section 551.071, discuss legal rights and responsibilities pertaining to a proposed Letter of Intent between SuperCity AI and El Paso County.
*Vivian Arroyo, Assistant County Attorney, County Attorney's Office, 915-273-3247*

G.   Discuss litigation styled Jesus Fernandez, et al v. El Paso County, Texas; Cause No. 3:24-CV-00417-LS; County Attorney case number:  0167-24-LD, pursuant to Texas Government Code Section 551.071.
*Manuel Romero, Assistant County Attorney, County Attorney's Office, (915) 273-3238*

H.   (Postponed 01/26/26) Pursuant to Texas Government Code Section 551.0725, discuss contract negotiations between the City of El Paso and the County regarding developing and designing the proposed Downtown Deck Plaza.
*Betsy C. Keller, Chief Administrator, County Administration, 915-273-3600*

10.  **REGULAR SESSION**

**COMMISSIONERS COURT RECONVENED AT 5:47 P.M.**

A.   Discuss and take appropriate action pertaining to detention centers within El Paso County.
*Christina Sanchez, County Attorney, County Attorney's Office, 915-273-3247*

> Motion – **DIRECT THE COUNTY ATTORNEY'S OFFICE TO DELIVER A PUBLIC PRESENTATION WITHIN THIRTY (30) DAYS REGARDING THE PROCESSES, STATUS, AND FRAMEWORK ASSOCIATED WITH DETENTION FACILITIES, IN RECOGNITION OF THE SIGNIFICANT PUBLIC CONCERN AND INTEREST SURROUNDING THIS MATTER.**
>
> **– AUTHORIZE THE SUBMISSION OF FORMAL CORRESPONDENCE FROM THE COMMISSIONERS COURT EXPRESSING OPPOSITION TO THE CONSTRUCTION OF DETENTION FACILITIES TO CONGRESSWOMAN VERONICA ESCOBAR, CONGRESSMAN TONY GONZALEZ, SENATORS CRUZ AND CORNYN AND ALL MEMBERS OF EL PASO COUNTY'S STATE LEGISLATIVE DELEGATION, URGING THEM TO UTILIZE THEIR RESPECTIVE AUTHORITIES AND RESOURCES TO OBTAIN COMPREHENSIVE INFORMATION CONCERNING ANY PROPOSED DETENTION FACILITIES WITHIN EL PASO COUNTY, TO DEMAND THAT ANY CONSTRUCTION OF SUCH SITES FOLLOW APPROPRIATE PROCEDURES AND TO SHARE SUCH INFORMATION WITH EL PASO COUNTY AND ITS RESIDENTS.**
>
> **– AUTHORIZE THE COUNTY ATTORNEY'S OFFICE TO REQUEST, OBTAIN, AND COMPILE ANY AND ALL AVAILABLE INFORMATION CONCERNING PROPOSED DETENTION FACILITY SITES WITHIN EL PASO COUNTY FROM MUNICIPALITIES; PLANNING AND PERMITTING DEPARTMENTS; FEDERAL AND STATE AGENCIES; AND OTHER RELEVANT GOVERNING BODIES,**

INCLUDING ELECTED OFFICIALS AND STAFF. SUCH INFORMATION SHALL INCLUDE, BUT NOT BE LIMITED TO, SITE MAPS, APPLICABLE PERMITTING REQUIREMENTS AND PROCESSES, PUBLIC NOTICE AND PUBLIC COMMENT PERIODS, AND MEETINGS OR DISCUSSIONS RELATED TO PROPOSED SITES.

– DIRECT COUNTY ADMINISTRATION TO IDENTIFY A PERSON TO LEAD OR PARTICIPATE IN A TASK FORCE AND SEND INVITATIONS TO LOCAL STAKEHOLDERS TO JOIN A TASK FORCE TO REVIEW AND ADDRESS THESE CONCERNS. Discuss and take appropriate action pertaining to detention centers within El Paso County.

| | |
|---|---|
| **RESULT:** | **Pass [5 TO 0]** |
| **MOVER:** | Ricardo Samaniego County Judge |
| **SECONDER:** | David Stout Commissioner, Pct. 2 |
| **AYES:** | Samaniego, Butler, Stout, Holguin, Coronado |
| **NAYS:** | None |

B.  (Postponed 01/26/26) Discuss and take appropriate action regarding pending litigation styled United States v. Texas, No. 24-50149, County Attorney's File No. 0165-23-PL. *Bernardo Cruz, Assistant County Attorney, County Attorney's Office, 915-273-3247*

**NO ACTION**

**ADJOURN**

**THE COMMISSIONERS COURT MEETING ADJOURNED AT 6:05 P.M.**

# EL PASO COUNTY
# COMMISSIONERS COURT



**JACKIE BUTLER**
Commissioner, Pct.1

**ILIANA HOLGUIN**
Commissioner, Pct.3

**DAVID STOUT**
Commissioner, Pct.2

**SERGIO CORONADO**
Commissioner, Pct.4

**RICARDO A. SAMANIEGO**
County Judge

Enrique Moreno County Courthouse
Judge Alicia R. Chacón County Commissioners Courtroom
500 East San Antonio Room 303 El Paso, Texas 79901

Website address: http://www.epcounty.com
View live video webcast: http://epcounty.com/video

---

**COMMISSIONERS COURT REGULAR MEETING MINUTES**
**Monday, February 02, 2026**
**MEETING ADJOURNED AT 6:05P.M.**

ATTEST:

DELIA BRIONES, COUNTY CLERK
EL PASO COUNTY, TEXAS

JESSICA DOMINGUEZ, DEPUTY CLERK
CESAR O. NAVA, DEPUTY CLERK

EXAMINED AND APPROVED BY ME THIS
_____9th_____ DAY OF _____February_____, 2026

COUNTY JUDGE RICARDO A. SAMANIEGO, PRESIDING