# EXHIBIT C



# CHRISTINA SANCHEZ

EL PASO COUNTY ATTORNEY

320 S, CAMPBELL ST., ROOM 200
DOWNTOWN ANNEX
EL PASO, TEXAS  79901

_____

TEL:  (915) 273-3238
FAX:  (915) 273-3277

Date 2/13/26

FOIA Officer
Department of Homeland Security Privacy Office
2707 Martin Luther King Jr. Ave. SE
Washington DC 20528-0525
Phone: 202-343-1743
Email: foia@hq.dhs.gov; DHSFOIAPublicLiaison@hq.dhs.gov

FOIA Officer
U.S. Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street SW, Stop 5009
Washington, D.C. 20536-5009
Phone: 866-633-1182
Email: ICE-FOIA@ice.dhs.gov

CBP FOIA Public Liaison
U.S. Customs & Border Protection
1300 Pennsylvania Avenue, NW Room 3.3D
Washington, D.C. 20229
Phone: (202) 344-1610
Email: CBPFOIAPublicLiaison@cbp.dhs.gov

Dear FOIA Officer,

The County of El Paso submits this Freedom of Information Act ("FOIA") request pursuant to 5 § U.S.C. 552, et. seq., ("the "Request") for any information related to the planning, proposal, siting, approval, funding, construction, or operation of any existing or new detention facilities in the County of El Paso, Texas. The County's Mission is to deliver sound and exceptional public services to the people of El Paso County through judicious, efficient, and responsive government, and the conscientious development of ideas that produce compassionate solutions to our community's obligations, challenges, and ever-changing demands. As such, the El Paso County Commissioners Court has a duty to be responsive to their residents' concerns and gather any information that can

aid in their duty to protect the interests of the El Paso Community. The records being requested are sought in furtherance of that mission and, as such, production of the information primarily benefits the general public. The County does not seek any document that contains any attorney-client privileged information.

## I. Background

On January, 2026, local news outlets began reporting on the creation or expansion of federal detention facilities in the El Paso Area.[1] On January 20, 2026, Congresswoman Veronica Escobar (TX-16) issued a press release stating "A private corporation received nearly $30 million through a no-bid federal contract to help design more detention space, including another facility in El Paso."[2] On January 26, 2026, over 200 El Paso residents presented public comments to the El Paso County Commissioners Court, detailing their concerns about a proposed expansion or creation of additional federal detention facilities in the El Paso area.[3] On February 3, 2026, Congresswoman Veronica Escobar submitted a letter to the Secretary of the Department of Homeland Security Kristi Noem and to Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement Todd M. Lyons expressing her opposition, and the opposition of her constituents, to any expansion of detention facilities in the El Paso area.[4] On February, 2, the El Paso County Commissioners Court directed the El Paso County Attorney's Office to "request, obtain, and compile any and all available information concerning proposed detention facility sites within El Paso County from municipalities; planning and permitting departments; federal and state agencies; and other relevant governing bodies, including elected officials and staff. Such information shall include, but not be limited to, site maps, applicable permitting requirements and processes, public notice and public comment periods, and meetings or discussions related to proposed sites."

## II. Requested Records

The County seeks the release of the following records for the time period beginning on January 1, 2025, through the date you receive this request:

1. All communications conducted by Department of Homeland Security staff concerning the planning, proposal, siting, approval, funding, construction, or operation of any new federal detention facilities in the County of El Paso, Texas.
2. All communications conducted by Department of Homeland Security staff concerning the operation of any existing federal detention facility in the County of El Paso, Texas.

---

[1] David Ibave, *Sources: ICE plans new EP County detention centers; no official announcement*, KFOX 14, January 20, 2026, https://kfoxtv.com/news/local/ice-plans-new-el-paso-county-detention-centers-for-8500-but-no-official-announcement-yet-texas-tx-clint-dhs-immigration-congress-veronica-escobar-one-big-beautiful-bill.

[2] Veronica Escobar, *Congresswoman Escobar Statement on Additional ICE Detention Facilities in El Paso*, Congresswoman Veronica Escobar Press Releases, January 20, 2026, https://escobar.house.gov/news/documentsingle.aspx?DocumentID=3032#:~:text=Congresswoman%20Escobar%20Statement%20on%20Additional,El%20Paso%20%7C%20Congresswoman%20Veronica%20Escobar.

[3] Jeff Abbott, *El Paso County residents speak out against new ICE detention center*, El Paso Times, January 27, 2026, https://www.elpasotimes.com/story/news/immigration/2026/01/26/el-paso-county-residents-call-on-commissioners-court-to-oppose-ice-center/88367966007/.

[4] Letter from Congresswoman Veronica Escobar to the Hon. Kristi Noem, Secretary of the Department of Homeland Security and the Hon. Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement, February 03, 2026, chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://escobar.house.gov/uploadedfiles/letter_to_dhs_and_ice_on_new_facility_in_el_paso.pdf.

3. All communications conducted by Department of Homeland Security staff concerning the modification of any existing federal detention facility in the County of El Paso, Texas.
4. All records related to the planning, proposal, siting, approval, funding, construction, or operation of any new detention federal facilities in the County of El Paso, Texas.
5. All records related to any person or business entity contracted to manage, service, or administer any new federal detention facilities in the County of El Paso, Texas.
6. All communications with private contractors or local governments regarding the development of any new federal detention facilities in the County of El Paso, Texas.
7. All records concerning feasibility studies, site evaluations, environmental assessments or reviews regarding the development of federal detention facilities in the County of El Paso.
8. All communications with private contractors or local governments regarding 1455 Eastwind Avenue, Clint, Texas 79836.
9. All records concerning feasibility studies, site evaluations, environmental assessments or reviews regarding 1455 Eastwind Avenue, Clint, Texas 79836.

### III. Application for Expedited Processing

The County of El Paso seek expedited processing pursuant to 5 U.S.C. § 552(a)(6)(E). There is a "compelling need" for these records, as defined in the statute, because the information requested is "urgen[tly]" needed by a local government entity that seeks to secure the protection and safety of all people, and enhance the quality of life in the El Paso Community. As referenced above, there has been an extraordinary demand by El Paso residents to obtain this information as quickly as possible and, as such, production of the information primarily benefits the general public.

### IV. Application for waiver or Limitation of Fees

The County of El Paso requests a waiver of document search, review, and duplication fees on the grounds that disclosure of the requested records is in the public interest and because disclosure is "likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." 5 U.S.C. § 552(a)(4)(A)(iii).[5] The County's Mission is to deliver sound and exceptional public services to the people of El Paso County through judicious, efficient, and responsive government, and the conscientious development of ideas that produce compassionate solutions to our community's obligations, challenges, and ever-changing demands. As such, the El Paso County Commissioners Court has a duty to be responsive to their residents' concerns and gather any information that can aid in their duty to protect the interests of the El Paso Community. The records being requested are sought in furtherance of that mission and, as such, production of the information primarily benefits the general public.

Pursuant to applicable statutes and regulations, El Paso County expects a determination regarding expedited processing within 10 days. *See* 5 U.S.C. § 552(a)(6)(E)(ii); 6 C.F.R. § 5.5(e)(4).

---

[5] *See also* 6 C.F.R. § 5.11(k)(1).

If the El Paso County's request is denied in whole or in part, we ask that you justify all deletions by reference to specific exemptions to FOIA. We further expect the release of all segregable portions of otherwise exempt material. The County does not seek any document that contains any attorney-client privileged information. The County of El Paso reserves the right to appeal a decision to withhold any information or deny a waiver of fees.

Thank you for your prompt attention to this matter. Please furnish the applicable records to:

Bernardo Rafael Cruz
Assistant County Attorney
El Paso County
915-308-7163
b.cruz@epcountytx.gov

Jed Untereker
Assistant County Attorney – Senior Division Chief
El Paso County Attorney's Office
915-273-3247
j.untereker@epcountytx.gov

**Please transmit the responsive records via email if possible.**

I affirm that the information provided supporting the request for expedited processing is true and correct to the best of my knowledge and belief. *See* 5 U.S.C. § 552(a)(6)(E)(i)(I).

Sincerely,

_____

Bernardo Rafael Cruz
Assistant County Attorney
El Paso County
915-308-7163
b.cruz@epcountytx.gov