# EXHIBIT D

# El Paso County
# Delia Briones
# County Clerk

Instrument Number: 20260008793

C.Villa

Recorded On: 2/2/2026 3:42:29 PM

Number of Pages: 3

**Examined and Charged as Follows:**

**Total Recording: 102.00**

*************THIS PAGE IS PART OF THE INSTRUMENT****************

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information**

| | |
|---|---|
| Document Number | 20260008793 |
| Receipt Number | 1948560 |
| Recorded Date/Time: | 2/2/2026 3:42:29 PM |
| Station: | CCH01-CCK099 |



State of Texas
COUNTY OF EL PASO

I hereby ceritfy that this instrument was FILED in the File Number sequence on the date/time printed hereon,
and was duly RECORDED in the Official Record of El Paso County, Texas.

Delia Briones
County Clerk
El Paso County, TX



TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN
EL PASO COUNTY TEXAS — DELIA BRIONES, COUNTY CLERK

THIS INSTRUMENT WAS
PREPARED BY:
Polsinelli PC
900 West 48th Place, Suite 900
Kansas City, MO 64112

AFTER RECORDING RETURN TO:
Department of Homeland Security
Facilities Management Division
500 12th Street SW, Suite 3000
Washington, DC 20536
Attn: Tamim Chowdhury

Tax Parcel No.: (i) E200000001A0100, (ii) E200000001A0200, (iii) E200000001A0300, (iv) E200000001A0400, and (v) E200000001A0500
Title Insurer: Chicago Title Company

## GENERAL WARRANTY DEED

This General Warranty Deed, made January 2 7 , 2026, by EL PASO LOGISTICS II LLC, a Delaware limited liability company ("**Grantor**"), in favor of the United States of America and its assigns ("**Grantee**"), whose street address is 500 12th Street SW, Suite 3000, Washington, DC 20536.

WITNESSETH:

That for and in consideration of the sum of One Hundred Twenty-Two Million Eight Hundred Eight Thousand Dollars ($122,808,000.00), cash in hand paid, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Grantor does hereby grant, bargain, sell and convey, in fee simple, with General Warranty, unto said Grantee, that certain property located in El Paso County, Texas, as is more particularly described on **Exhibit A** attached hereto, together with all rights, title, and interest of Grantor in and to any alleys, streets, ways, strips, or gores abutting or adjoining the land (collectively, the "**Property**"); subject to and with the benefit of all easements, restrictions, agreements, rights of way and reservations of record insofar as the same are now in force and affect the Property.

The acquiring federal agency is the U.S. Department of Homeland Security.

TO HAVE AND TO HOLD the Property, together with each and every title, right, privilege, appurtenance and advantage thereunto belonging, or in anywise appertaining, unto and for the use, benefit and behoof of Grantee, its successors and assigns, in fee simple forever.

[signature page follows]

CHICAGO TITLE GF# 4200112509812 jm



TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN
EL PASO COUNTY TEXAS —— DELIA BRIONES, COUNTY CLERK

**IN WITNESS WHEREOF,** Grantor has executed these presents as of the day and year first above written.

**GRANTOR:**

**EL PASO LOGISTICS II LLC,**
a Delaware limited liability company

By: FD Holdings, LLC,
a Kansas limited liability company,
its Manager

By: _____

Name: Devin Schuster
Title: Manager

STATE OF Missouri )
) ss
COUNTY OF Jackson )

On this 16 day of January, 2026, before me appeared Devin Schuster, to me personally known, who, being by me duly sworn, did say that he is the Manager of FD Holdings, LLC, a Kansas limited liability company, which is the Manager of EL PASO LOGISTICS II LLC, a Delaware limited liability company, and that said instrument was signed on behalf of said limited liability company by authority of its members and acknowledged said instrument to be the free act and deed of said entity.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal in the county and state aforesaid on the day and year first above written.

_____
Notary Public

Print Name: Madison Marie Towns

My commission expires:

Aug 22, 2029

```
MADISON MARIE TOWNS
Notary Public - Notary Seal
Jackson County · State of Missouri
Commission Number 21385967
My Commission Expires Aug 22, 2029
```

[SIGNATURE PAGE TO WARRANTY DEED]

TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN EL PASO COUNTY TEXAS DELIA BRIONES, COUNTY CLERK

## EXHIBIT A

## LEGAL DESCRIPTION

Lots 1, 2, 3, 4 and 5, Block 1 of EASTWIND INDUSTRIAL REPLAT "A", a subdivision in El Paso County, Texas, according to the map or plat thereof recorded under County Clerk's File No. 20240031094 of the Plat records of El Paso County, Texas.

108415620.2

TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN EL PASO COUNTY TEXAS DELIA BRIONES, COUNTY CLERK

Doc # 20260008793

#Pages 3 #NFPages 2

 2/2/2026 3:42:29 PM

Filed & Recorded in
Official Records of
El Paso County
Delia Briones
County Clerk
Fees 33.00

Recorded via Mail

I hereby certify that this instrument was filed on the date and time stamped hereon by
me and was duly recorded by document number in the Recording Division of Real
Property in El Paso County.



EL PASO COUNTY, TEXAS

