# EXHIBIT E

Case 3:26-cv-00957-LS    Document 1-6    Filed 04/06/26    Page 2 of 2

 **Outlook**

---

## Automatic reply: El Paso County FOIA request

---

**From** ICE-FOIA <ice-foia@ice.dhs.gov>

**Date** Tue 2/17/2026 8:30 PM

**To** Bernardo R. Cruz <B.Cruz@epcountytx.gov>

*Due to the current federal funding hiatus, ICE FOIA will not be able to return emails until the conclusion of the funding hiatus.*