# EXHIBIT F

SecureRelease™ Portal

# ☰ SecureRelease™ Portal

 




Request Number:     2026-ICFO-17552     ▾



### Details of Request

(Read only details of request)

**CANCEL**



**Request Description:** The County of El Paso submits this Freedom of Information Act ("FOIA") request pursuant to 5 § U.S.C. 552, et. seq., ("the "Request") for any information related to the planning, proposal, siting, approval, funding, construction, or operation of any existing or new detention facilities in the County of El Paso, Texas. The County's Mission is to deliver sound and exceptional public services to the people of El Paso County through judicious, efficient, and responsive government, and the conscientious development of ideas that produce compassionate solutions to our community's obligations, challenges, and ever-changing demands. As such, the El Paso County Commissioners Court has a duty to be responsive to their residents' concerns and gather any information that can aid in their duty to protect the interests of the El Paso Community. The

**Fee Waiver Requested? :** Pending Decision

**Reason for Fee Waiver:** The County of El Paso requests a waiver of document search, review, and duplication fees on the grounds that disclosure of the requested records is in the public interest and because disclosure is "likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." 5 U.S.C. § 552(a)(4)(A)(iii). The County's Mission is to deliver sound and exceptional publi





records being requested are sought in furtherance of that mission and, as such, production of the information primarily benefits the general public. The County does not seek any document that contains any attorney-client privileged information. The County seeks the release of the following records for the time period beginning on January 1, 2025, through the date you receive this request: 1. All communications conducted by Department of Homeland Security staff concerning the planning, proposal, siting, approval, funding, construction, or operation of any new federal detention facilities in the County of El Paso, Texas. 2. All communications conducted by Department of Homeland Security staff concerning the operation of any existing federal detention facility in the County of El Paso, Texas. 3. All communications conducted by Department of Homeland Security staff concerning the modification of any existing federal detention facility in the County of El Paso, Texas. 4. All records related to the planning, proposal, siting, approval, funding, construction, or operation of any new detention federal facilities in the County of El

services to the people of El Paso County through judicious, efficient, and responsive government, and the conscientious development of ideas that produce compassionate solutions to our community' obligations, challenges, and ever-changing demands. As such, the El Paso County Commissioners Court has a duty to be responsive to thei residents' concerns and gather any information that can aid in their duty to protect the interests of the E Paso Community. The records being requested are sought in furtherance of tha mission and, as such, production of the information primarily benefits the general public.

**Expedited Processing?:**  Pending Decision






Paso, Texas. 5. All records related to any person or business entity contracted to manage, service, or administer any new federal detention facilities in the County of El Paso, Texas. 6. All communications with private contractors or local governments regarding the development of any new federal detention facilities in the County of El Paso, Texas. 7. All records concerning feasibility studies, site evaluations, environmental assessments or reviews regarding the development of federal detention facilities in the County of El Paso. 8. All communications with private contractors or local governments regarding 1455 Eastwind Avenue, Clint, Texas 79836. 9. All records concerning feasibility studies, site evaluations, environmental assessments or reviews regarding 1455 Eastwind Avenue, Clint, Texas 79836.

| | |
|---|---|
| **Agency:** | Department of Homeland Security |
| **Component:** | U.S. Immigration & Customs Enforcement |
| **Processing Track:** | Simple |
| **Request Type:** | FOIA Request |
| **Submitted Date:** | 02/17/2026 |

**Reason for Expedited Processing:** The County of El Paso seek expedited processing pursuant to 5 U.S.C. § 552(a (6)(E). There is a "compelling need" for these records, as defined in the statute, because the information requested is "urgen[tly]" needed by a local government entity that seek to secure the protection and safety of all people, and enhance the quality of life in the El Paso Community. As referenced above, there has been an extraordinary demand by El Paso resident to obtain this information as quickly as possible and, as such, production of the information primarily benefits the general public.

**Request Status:**  Initial Determination

**Identity Verification Status:**  Not Requested by Agency

## Additional Information

(Additional details or clarifications of request.)

**Request Designation:**  Other (I am not requesting records about a person)

### Files uploaded by user

Files not exceeding 20 MB in size, can be attached.

| File Name | Attachment Type |
| --- | --- |
| FOIA on EP immigration detention centers 2.13.26.pdf | Expedition Request Documentation |

5 rows    |<    <    1-1 of 1    >    >|

SUPPORT    LICENSES    PRIVACY NOTICE    COOKIE NOTICE    COOKIE SETTINGS    GOVERNMENT SYSTEM N