**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **THE COUNTY OF EL PASO, TEXAS,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-00957-LS** |
| | § | |
| **U.S. IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT,** | § | |
| **Defendant.** | § | |

**AGREED RULE 502(d) ORDER**

1.      The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2.      Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or other information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

Entered on this ___30th_____ day of __June_____ 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**